UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROCKY JOE HOUSTON, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:24-CV-103-KAC-CRW |
| COMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## JUDGMENT

In the Order Dismissing Action, the Court **DISMISSED** this action with prejudice under Federal Rule of Civil Procedure 41(b) and Local Rule 83.13. The Court **DIRECTS** the Clerk to close this case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT